# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN THE MATTER OF: )<br>)<br>INDIANA SUPREME COURT ORDER )<br>OF JUNE 4, 2021 CONCERNING )<br>ATTORNEYS' FAILURE TO COMPLY WITH )<br>CLE REQUIREMENTS, NON-PAYMENT )<br>OF ATTORNEY REGISTRATION FEES, )<br>and/or FAILURE TO SUBMIT IOLTA )<br>CERTIFICATION ) | CAUSE NO. 3:21-MC-30 JD |

## ORDER

On July 20, 2021, this Court issued a show cause order concerning reciprocal suspensions of attorneys, based on the Indiana Supreme Court's June 4, 2021, order in Cause No. 21S-MS-276, suspending dozens of attorneys on administrative grounds (failure to comply with continuing legal education requirements, failure to submit IOLTA certification or failure to pay attorney registration fees). The attorneys below who did not respond with proof of their reinstatement will be suspended from practice before this Court.

ACCORDINGLY:

The following attorneys suspended by the Indiana Supreme Court on June 4, 2021, who have failed to respond to this Court's July 20, 2021, order with a showing of good cause why their reciprocal suspension here is not warranted, are suspended from practice of law before the United States District Court for the Northern District of Indiana:

| **Fazia Deen-Bacchus** | **Melody Nichols Dilk** | **Patrick Harold Mulvany** |
|---|---|---|
| **Mark James Romaniuk** | **Frank E. Van Bree** | **Byron Joseph Davis** |
| **Sandra Lynn Heeke** | **William Robert Brown** | **Joan Richards Lawrence** |
| **Henry S. Mestetsky** | **Jaclyn Lee Davis** | **Nicholas Nahorski** |

| | | |
|---|---|---|
| William Bruce Hogg | Lacy Kent Overstreet | William Julius Gigowski |
| Michael James Phillips | Jerald William Yeager | Thomas W. Webber, Sr. |
| Kent Steven Wilson | Mark Alan Lienhoop | Steven Andrew Turner |
| Bruce Alan Stuard | Susan Lysle Williams | Cory Stephan Brundage |
| Barry Alden Chambers | Jordan D. Church | Thomas C. Ridgely |
| Karen Walton Defrantz | Elizabeth Merrill Hyde | Matthew Scott Johns |
| Rock Christopher Lee | Charlotte Ann Macbeth | Jody Kay Maley |
| Brooke Lynn Riffell | Jeffrey Alan Musser | Susan Oliver |
| David Michael Paxton | Brett R. Schlender | Alison Downs Spanner |
| Ellen Catherine Siakotos | Mark C. Vanneste | Hugh Charles O'Donnell |
| Frankert Kahlil Wheaton | Deborah Ann Frick | William Joseph Spalding |
| Michael Steven Straubel | Frederick Brooks Ettl | Michael Peter Rehak |
| George Gordon Wilder | Michael Morris Bell | Mary Grace Boguslaski |
| Robyn Nicole Brittain | Jeannette Macleod Brook | Laurence Clinton Brown |
| Roland Rudolf Clark | Curtis Joel Dickinson | Lawrence C. Dinardo |
| Gregory Scott Dunn | Gregory Logan Thomas | James Patrick Ehrhard |
| Nicholas Morgan Elliott | Judith Lynne Garner | Jeffrey Charles Gerish |
| Janet Ann Gongola | Sean Owen Towles | Joseph Omar Hankins |
| Jeffrey Joseph Hanneken | Thomas Wirt Hargrove | Douglas Alan Hasler |
| Mary Elizabeth Hicks | Joan Marie Isaacs | Catherine Lake |
| Barbara Sue L. Lehman | Debra Kay Luke | Cory Andrew Mofield |
| Craig Stephen Morford | Nina Louise Moseley | |

Reinstatement of these suspended attorneys shall be governed by the applicable provisions of Local Rule 83-6.11.

SO ORDERED on September 9, 2021.

/s/ Jon E. DeGuilio
Chief Judge, United States District Court
Northern District of Indiana