# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

In re the suspension of Thomas W. Hargrove

Indiana Attorney Number 20472-64



## Petition For Reinstatement To Active Status

1. My name is Thomas W. Hargrove.
2. I was admitted to practice in the State of Indiana on December 22, 1997.
3. My license was suspended on June 28, 2021 for failing to comply with Indiana Rule of Professional Conduct 29.
4. I subsequently completed all of the continuing education requirements set forth in Rule 29, §10(b).
5. I applied for reinstatement and was reinstated by the Indiana Supreme Court to Active in Good Status standing on January 21, 2022.
6. Along with this Petition, I have tendered a check payable to the United States District Court Clerk in the amount of $42.00
7. I respectfully request that my admission to practice in the Northern District of Indiana be reinstated, and for other relief honorable and just under the circumstances.

Respectfully submitted,

Thomas W. Hargrove
Attorney Number 20472-64
2300 Barrington Rd.
Suite 220
Hoffman Estates, Illinois 60169
847-310-0025
thargrove@lawpmh.com