UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | |
| THOMAS W. HARGROVE ) | CAUSE NO. 3:21-MC-30-JD |
| ) | |
| Respondent. ) | |

**ORDER**

By Order dated September 9, 2021, Respondent-Attorney Thomas W. Hargrove was suspended from practice before this Court. ECF No. 12. The discipline was reciprocal to the suspension imposed on June 4, 2021, by the Indiana Supreme Court in Case No. 21S-MS-276, due to Attorney Hargrove's failure to comply with continuing legal education requirements. ECF No. 1. Attorney Hargrove now seeks reinstatement.

Attorney Hargrove has filed a motion for reinstatement, setting out that he has completed the required number of continuing legal education credit hours, and has been reinstated to practice law in Indiana. ECF No. 25. He has also paid the required reinstatement fee. Id. The Indiana Roll of Attorneys confirms that Attorney Hargrove's status is active and in good standing. [Roll Of Attorneys - Search (in.gov)](#) (last visited June 23, 2022). Because the Northern District of Indiana suspension was reciprocal to a state administrative suspension that has subsequently been cured, Attorney Hargrove can be reinstated without a vote of the Court's judges. N.D. Ind. L.R. 83-6.11(b).

ACCORDINGLY:

Upon consideration, the motion for reinstatement [ECF No. 25] is GRANTED and Thomas W. Hargrove is REINSTATED to practice before this Court pursuant to N.D. Ind. L.R. 83-6.11(a) & (b)(1)(B).

SO ORDERED on June 23, 2022.

/s/ Jon E. DeGuilio
Chief Judge, United States District Court
Northern District of Indiana